AO 450 Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
___EASTERN___ DISTRICT OF___VIRGINIA___

FILED
MAY 29 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

BILLY R. McCULLERS, Jr.,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

Civil Case Number: 4:12cv00037
Criminal Case Number: 4:07cr00049

## JUDGMENT

[X] **Decision by Court.** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed pursuant to 28 USC 2255, is DENIED as to all claims other than Ground Six (B).

___May 25, 2012___
Date

FERNANDO GALINDO, CLERK

By: /s/
Elaine Cavanaugh
Deputy Clerk